IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE PEELE** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **OBERLANDER** *et al.*, | : | |
| *Defendants* | : | **No. 21-2785** |

### ORDER

AND NOW, this 22nd day of August, 2023, upon consideration of Tyrone Peele's Amended Writ of Habeas Corpus Under 28 U.S.C. § 2254 (Doc. No. 5), the Commonwealth's Response (Doc. No. 32), Magistrate Judge Wells's Report and Recommendation (Doc. No. 41), and Mr. Peele's Objections to the Report and Recommendation (Doc. No. 42), it is hereby **ORDERED** as follows:

1. Magistrate Judge Wells's Report and Recommendation (Doc. No. 41) is **ADOPTED** and Mr. Peele's Amended Writ of Habeas Corpus (Doc. No. 5) is **DENIED** for the reasons set forth in the accompanying memorandum.

2. A certificate of appealability will not issue because reasonable jurists would not find it debatable whether the Court was correct in its procedural ruling.

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge