IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE PEELE | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OBERLANDER *et al.*, | : | |
| *Defendants* | : | No. 21-2785 |

## ORDER

**AND NOW**, this 22nd day of August, 2023, upon consideration of Tyrone Peele's Motion to Set Aside Judgment (Doc. No. 39), it is hereby **ORDERED** that Mr. Peele's Motion (Doc. No. 39) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
United States District Judge