IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE PEELE** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **OBERLANDER** *et al.*, | : | |
| *Defendants* | : | **No. 21-2785** |

## ORDER

**AND NOW**, this 22nd day of August, 2023, upon consideration of Tyrone Peele's Motion for a Preliminary Injunction and a Temporary Restraining Order (Doc. No. 48), it is hereby **ORDERED** that Mr. Peele's motion (Doc. No. 48) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
**GENE E.K. PRATTER**
**United States District Judge**